No. A–1208 (No. 70–105). HANRAHAN v. DOE ET AL.; and

No. A–1208 (No. 70–106). HEFFERNAN, GUARDIAN v. DOE ET AL. Appeals from D. C. N. D. Ill. Application of appellees for vacation of stay, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS would vacate the stay.

No. 71–703. UNITED STATES v. FIRST NATIONAL BANCORPORATION, INC. Appeal from D. C. Colo. [Probable jurisdiction noted, 405 U. S. 915.] Motion of the Solicitor General for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Counsel for appellees also allotted 15 additional minutes for oral argument. MR. JUSTICE POWELL took no part in the consideration or decision of the motion.